```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
   UNITED STATES OF AMERICA,         :     20cr371 (DLC)
                                     :
             -v-                     :     ORDER
                                     :
   ESTALYN ROSARIO,                  :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

This matter having been reassigned to me for all purposes, it is hereby

ORDERED that the sentencing in this matter shall take place on **May 5, 2022 at 2:00 PM** in **Courtroom 18B**, 500 Pearl Street.

IT IS FURTHER ORDERED that the Government's submissions regarding sentence shall be filed no later than **April 22**, and the defendant's submissions shall be filed by **April 29**.

Dated:    New York, New York
          January 27, 2022

                              _____
                                       DENISE COTE
                              United States District Judge