UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
:
UNITED STATES OF AMERICA,            :      20cr371 (DLC)
:
-v-                                  :      ORDER
:
ESTALYN ROSARIO,                     :
                          Defendant. :
:
-----------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter scheduled for **May 5, 2022** is moved to **1:00 PM** on the same date in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         May 3, 2022

                                          _____
                                                 DENISE COTE
                                          United States District Judge